# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KURT GRIGG** and **ROSA MARIA GONZALEZ-GRIGG**, | : CIVIL ACTION NO. 1:08-CV-1408 |
| | : |
| | : (Judge Conner) |
| **Plaintiffs** | : |
| | : |
| v. | : |
| | : |
| **MICHAEL E. FORD**, *et al.*, | : |
| | : |
| **Defendants** | : |

## ORDER

AND NOW, this 29th day of January, 2009, upon consideration of Plaintiffs', Kurt Grigg and Rosa Maria Gonzales-Grigg's Motion to Discontinue (Doc. 7), it is hereby ORDERED that said Motion is GRANTED and that the above captioned action be discontinued with prejudice.

                                             S/ Christopher C. Conner  
                                             CHRISTOPHER C. CONNER  
                                             United States District Judge